Kevin S. Sinclair, Esq., Nevada Bar No. 12277
　*ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
　*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendants
TICOR TITLE OF NEVADA and CHICAGO TITLE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TICOR TITLE OF NEVADA, INC, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-00699-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO REMAND AND FOR ATTORNEYS' FEES**<br><br>**[FIRST REQUEST]** |

　　　　Defendants Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. (collectively, "Defendants"), by and through their counsel of record, Early Sullivan Wright Gizer & McRae LLP, and plaintiff Carrington Mortgage Services, LLC ("Carrington") (collectively with Defendants, the "Parties"), by and through its counsel of record, Akerman LLP, hereby stipulate and agree as follows:

　　　　1.　　On Tuesday, May 12, 2020, Carrington filed its Motion to Remand and Motion for Attorneys' Fees and Costs (ECF Nos. 13 and 14);

　　　　2.　　Chicago Title's current deadline to respond to Carrington's Motion To Remand and Motion for Attorneys' Fees and Costs (ECF Nos. 13 and 14) are May 26, 2020, the day after Memorial Day;

　　　　3.　　Chicago Title's counsel is requesting a two-week extension up to and including

1
**STIPULATION AND ORDER**

551743.2

June 9, 2020 to file its opposition to Carrington's motion to remand and motion for attorneys' fees and costs to accommodate the Memorial Day holiday and to afford Chicago Title's counsel additional time to review and respond to Carrington's memorandum of points and authorities;

    4.    Counsel for Carrington does not oppose the extension;

    5.    This is the first request for an extension made by counsel for Chicago Title which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's opposition to Carrington's Motion to Remand and Motion for Attorney's Fees and Costs will extended two weeks, through and including June 9, 2020.

| AKERMAN LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
|---|---|
| By: /s/--Ariel E. Stern_____<br>Ariel E Stern<br>State Bar No. 8276<br>Natalie L. Winslow<br>State Bar No. 12125<br>Nicholas E. Belay<br>State Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>Attorneys for Plaintiff<br>CARRINGTON MORTGAGE SERVICES, LLC | By: /s/--Kevin S. Sinclair_____<br>Kevin S. Sinclair<br>State Bar No. 12277<br>Sophia S. Lau<br>State Bar No. 13365<br>8716 Spanish Ridge Ave., Ste. 105<br>Las Vegas, NV 89148<br><br>Attorneys for Defendants<br>CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE OF NEVADA, INC. |

**IT IS SO ORDERED.**

    Dated May 15, 2020.

_____
UNITED STATES DISTRICT JUDGE



551743.2

2
**STIPULATION AND ORDER**