Kevin S. Sinclair, Esq., Nevada Bar No. 12277
*ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendants
TICOR TITLE OF NEVADA and CHICAGO TITLE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARRINGTON MORTGAGE SERVICES, LLC,

Plaintiff,

vs.

TICOR TITLE OF NEVADA, INC, et al.,

Defendants.

Case No.: 2:20-cv-00699-JCM-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO REMAND AND FOR ATTORNEYS' FEES**

**[SECOND REQUEST]**

Defendants Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. (collectively, "Defendants"), by and through their counsel of record, Early Sullivan Wright Gizer & McRae LLP, and plaintiff Carrington Mortgage Services, LLC ("Carrington") (collectively with Defendants, the "Parties"), by and through its counsel of record, Akerman LLP, hereby stipulate and agree as follows:

1. On Tuesday, May 12, 2020, Carrington filed its Motion to Remand and Motion for Attorneys' Fees and Costs (ECF Nos. 13 and 14);

2. The Court previously extended Chicago Title's deadline to respond to Carrington's Motion To Remand and Motion for Attorneys' Fees and Costs from May 26, 2020, the day after Memorial Day, until June 9, 2020 (ECF No. 17);

3. Chicago Title's counsel is requesting a two-week extension up to and including

June 23, 2020 to file its opposition to Carrington's motion to remand and motion for attorneys' fees and costs to accommodate to afford Chicago Title's counsel additional time to review and respond to Carrington's memorandum of points and authorities;

4. Counsel for Carrington does not oppose the extension;

5. This is the second request for an extension made by counsel for Chicago Title which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's opposition to Carrington's Motion to Remand and Motion for Attorney's Fees and Costs will extended two weeks, through and including June 23, 2020.

AKERMAN LLP

By: /s/--Natalie L. Winslow
Ariel E Stern
State Bar No. 8276
Natalie L. Winslow
State Bar No. 12125
Nicholas E. Belay
State Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

Attorneys for Plaintiff
CARRINGTON MORTGAGE SERVICES, LLC

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: /s/--Kevin S. Sinclair
Kevin S. Sinclair
State Bar No. 12277
Sophia S. Lau
State Bar No. 13365
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, NV 89148

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY and TICOR TITLE OF NEVADA, INC.

**IT IS SO ORDERED.**

Dated June 1, 2020.

James C. Mahan
UNITED STATES DISTRICT JUDGE