ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile :  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC;<br><br>Plaintiff,<br><br>vs.<br><br>TICOR TITLE OF NEVADA, INC., *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-00699-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS TO DISMISS AND MOTION TO STAY**<br><br>**(THIRD REQUEST)** |

Plaintiff Carrington Mortgage Services, LLC and defendants Chicago Title Insurance Company and Ticor Title of Nevada, Inc. stipulate and agree to extend Carrington's deadline to file its responses to Chicago Title's motion to dismiss (ECF No. 7), Chicago Title's motion to stay (ECF No. 8), and Ticor Title's motion to dismiss (ECF No. 9).  Carrington's response deadline for these motions is currently June 2, 2020.  The parties stipulate Carrington shall have an additional seven (7) days, up to and including **June 9, 2020**, to file its responses.  The parties enter into this stipulation to address current time and scheduling constraints on Carrington's counsel, and allow additional time for Carrington to fully review and respond to the pending motions.

. . .

. . .

53310054;1

This is the parties' third request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

Dated: June 1, 2020.

| **AKERMAN LLP** | **EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Carrington Mortgage Services, LLC* | */s/ Kevin S. Sinclair, Esq.* <br> KEVIN S. SINCLAIR, ESQ. <br> Nevada Bar No. 12277 <br> SOPHIA S. LAU, ESQ. <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, NV 89148 <br><br> *Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 2:20-cv-00699-JCM-NJK

DATED: June 3, 2020

53310054;1